**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEFANIA DAIDONE MANIACI, *individually on behalf of herself and others similary situated,*<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>KISS MY FACE CORPORATION, KISS MY FACE, LLC and BYMCMAC CORP.,<br>　　　　　　　Defendants. | Case No. 1:17-cv-3670<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT KISS MY FACE, LLC** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Kiss My Face, LLC, through its attorneys, states as follows:

　　　　Kiss My Face, LLC is a limited liability company organized and existing under the laws of the State of New York, with its principal place of business in Gardiner, New York. Kiss My Face has no parent corporation to disclose.

Dated: June 16, 2017

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　C H A F F E T Z　L I N D S E Y　L L P

　　　　　　　　　　　　　　　　　By:　　/s/ Nathaniel E. Marmon
　　　　　　　　　　　　　　　　　　　　Nathaniel E. Marmon
　　　　　　　　　　　　　　　　　　　　Joshua D. Anders

　　　　　　　　　　　　　　　　　1700 Broadway, 33rd Floor
　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　Tel. (212) 257-6948
　　　　　　　　　　　　　　　　　Fax (212) 257-6950
　　　　　　　　　　　　　　　　　nathaniel.marmon@chaffetzlindsey.com
　　　　　　　　　　　　　　　　　jd.anders@chaffetzlindsey.com