# CHAFFETZ LINDSEY LLP

1700 BROADWAY, 33RD FLOOR, NEW YORK, NY 10019
MAIN: +1 212 257 6960 | FAX: +1 212 257 6950

JOSHUA D. ANDERS, ASSOCIATE
DIRECT: +1 212 257 6948
J.ANDERS@CHAFFETZLINDSEY.COM

June 23, 2017

**By FedEx**

Michael J. Gabrielli
2426 Eastchester Road, Suite 103
Bronx, New York 10469

Re: *Maniaci et al. v. Kiss My Face Corp. et al.*, 2:17-cv-03670-SJF-ARL (E.D.N.Y.)

Dear Michael:

As you know, Angela Diesch and I are counsel for Kiss My Face, LLC in this action. Pursuant to Judge Feuerstein's Individual Rules, I enclose the following documents in support of Kiss My Face, LLC's Motion to Dismiss or, in the Alternative, Motion to Stay:

- Defendant Kiss My Face LLC's Notice of Motion to Dismiss, or in the Alternative, Motion to Stay;

- Defendant Kiss My Face, LLC's Memorandum of Law in Support of Motion to Dismiss, or in the Alternative, Motion to Stay;

- Declaration of Angela L. Diesch in Support of Defendant Kiss My Face, LLC's Motion to Dismiss, or in the Alternative, Motion to Stay.

As provided by Judge Feuerstein's Individual Rules, this cover letter will be filed by ECF.

Sincerely,

Joshua D. Anders

Enclosures

cc: All Counsel of Record (by ECF; without enclosures)
Angela L. Diesch, Esq. (by email)