# GABRIELLI LEVITT LLP
Attorneys & Counselors at Law

July 5, 2017

**VIA ECF**

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re: *Maniaci, et al. v. Kiss My Face Corp.*
           Case No.: 2:17-cv-03670 (SJF) (ARL)

Dear Judge Feuerstein:

The undersigned is counsel to Plaintiff in connection with the above-referenced action.

With the consent of Defendant's counsel, I respectfully submit this letter to request an extension of time in connection with Plaintiff's Opposition to Defendant's Motion to Dismiss or, in the Alternative, Motion to Stay. *See*, Dkt. No. 9.

The following consensual briefing schedule is hereby proposed: (1) Plaintiff's Opposition shall be filed on or before July 20, 2017; and (2) Defendant's Reply shall be filed on or before August 4, 2017.

We thank the Court in advance for its kind consideration.

                                              Respectfully submitted,

                                              Michael J. Gabrielli, Esq.

cc:    <u>Via ECF</u>
       Mr. Joshua D. Anders, Esq.
       Chaffetz Lindsey LLP
       1700 Broadway, 33rd Floor
       New York, NY 10019