# GABRIELLI LEVITT LLP
Attorneys & Counselors at Law

July 12, 2017

**VIA OVERNIGHT MAIL**

Joshua D. Anders, Esq.
Chaffetz Lindsey LLP
1700 Broadway, 33rd Floor
New York, NY 10019

Re:   *Maniaci v. Kiss My Face Corp, et al.*
      Case No.: 2:17-cv-03670 (SJF) (ARL)

Dear Mr. Anders:

As you know, the undersigned is counsel to Plaintiff in connection the above-referenced action.

Pursuant to Judge Feuerstein's Individual Rules, I enclose the following documents in support of Plaintiff's Combined Motion to Amend and Remand: (i) Plaintiff's Notice of Motion to Amend and Remand; and (ii) Plaintiff's Memorandum of Law in Support of Combined Motion to Amend and Remand.

As provided by Judge Feuerstein's Individual Rules, this cover letter will be filed by ECF.

Very Truly Yours,
Gabrielli Levitt LLP

By: _____
Michael J. Gabrielli, Esq.

Enclosures

cc:   All Counsel of Record (by ECF; without enclosures)